IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 14-cr-30056-SMY |
| | ) | |
| | ) | |
| DORRESA L. BRAGGS | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**YANDLE, District Judge:**

Defendant Dorresa L. Braggs pleaded guilty to ten counts of making a false claim against the Government in violation of 18 U.S.C. § 287. She was sentenced to 70 months incarceration, 3 years of supervised release, and restitution in the amount of $579,705. Now pending before the Court is Braggs' Motion for Early Termination of Supervised Release (Doc. 54). For the following reasons, the Motion is **GRANTED**.

Braggs was released to supervision on September 4, 2019 and has successfully completed more than 2 years of her term. Braggs has maintained a stable residence and has remained gainfully employed since October 2020. She was ordered to make specific monthly payments toward special assessment and restitution and has been in compliance with the payment schedule. To date, she has not exhibited violation conduct that has warranted the Court's intervention or any conduct indicating that she poses a risk to the community.

Under 18 U.S.C. § 3583(e), the Court may terminate a defendant's term of supervised release early if the defendant has completed at least 1 year of supervised release and the Court is satisfied that early termination is (1) "warranted by the conduct of the defendant" and (2) in "the

interest of justice."   18 U.S.C. § 3583(e)(1).   Probation and the Government oppose early termination of Braggs' supervised release, citing her role as an organizer in the instant offense and a desire to further monitor payment compliance toward restitution.  The Court notes, however, that Braggs completed her sentence which was imposed, in part, based on her role as an organizer, and that sentence was sufficient to adequately deter her from engaging in criminal conduct.  Moreover, there have been no issues with Braggs' restitution payments such that further monitoring is indicated. As such, the Court concludes that early termination of Braggs' supervised release is warranted and in the interest of justice.

Accordingly, Defendant Derresa L. Braggs' Motion for Early Termination of Supervised Release is **GRANTED**; Defendant's term of supervised release shall be **TERMINATED effective January 5, 2022.**

**IT IS SO ORDERED.**

**DATED: January 5, 2022**

**STACI M. YANDLE**
**United States District Judge**

Page **2** of **2**